UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| JAMES CRAVENS,<br><br>Plaintiff,<br><br>v.<br><br>DEREK TELLUP,<br><br>Defendant. | ) | No. 4:24-cv-00143-TWP-KMB |

**REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION FOR SANCTIONS**

Pending before the Court is Plaintiff James Cravens's Motion for Sanctions. [Dkt. 60.] Defendant Derek Tellup filed his Response in Opposition to the Motion, [dkt. 63], and Mr. Cravens filed a reply in support of the Motion, [dkt. 64]. District Judge Tanya Walton Pratt referred the Motion for Sanctions to the undersigned for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). [Dkt. 61.]

The Court held an oral argument on the pending motion on September 23, 2026. In relevant part during the oral argument, counsel for both Parties was given an opportunity to be heard. Mr. Cravens's counsel orally moved for the Court to hold the Motion for Sanctions in abeyance pending the Parties' forthcoming status report, since the discovery dispute remains ongoing. The Court instead proposed that Mr. Cravens's Motion for Sanctions be denied without prejudice and could be refiled depending on how the pending discovery issue resolves given the additional orders issued by the Court at the hearing regarding a timeline for resolution of this issue. Mr. Cravens's counsel stated that he would not object to that path. Counsel for Mr. Tellup also stated that he would not object to that path.

The undersigned **RECOMMENDS** that the District Judge **DENY WITHOUT PREJUDICE** Mr. Cravens's Motion for Sanctions. [Dkt. 60.] Any objections to this Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P 72(b). The failure to file objections **within 14 days of this Order** will constitute a waiver of subsequent review absent a showing of good cause for that failure. **Counsel should not anticipate any extension of this deadline.**

**SO ORDERED.**

Date: 9/24/2026

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email