**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | | |
|---|---|---|
| JAMES CRAVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:24-cv-00143-TWP-KMB |
| | ) | |
| DEREK TELLUP, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted her Report and Recommendation (Filing No. 66) on Plaintiff James Cravens's Motion for Sanctions (Filing No. 60), recommending that the Motion be denied without prejudice to be refiled depending on the resolution of pending discovery issues. As stated in the Report and Recommendation, neither party objected to this path. *Id.* at 1. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; unsurprisingly, none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation (Filing No. 66), hereby adopts it and **DENIES without prejudice** Plaintiff's Motion for Sanctions (Filing No. 60).

**SO ORDERED.**

Date: October 21, 2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

F. Harrison Green
The Green Law Firm, L.P.A., Inc.
fhgreen@thegreenlawfirm.org

R. Jeffrey Lowe
KIGHTLINGER & GRAY, LLP (New Albany)
jlowe@k-glaw.com